## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jason Robert Pederson, also known as Katheryn Pederson, | ) ) ) |
| Plaintiff, | ) ) **ORDER ADOPTING ORDER** ) **AND RECOMMENDATION** |
| vs. | ) ) Case No. 3:20-cv-51 |
| John Deere Electronic Solutions, | ) ) |
| Defendant. | ) |

Before the Court is an Order and Recommendation issued by Magistrate Judge Alice R. Senechal on February 23, 2021, wherein Judge Senechal denied the Plaintiff's motion to withdraw her consent to proceed before a magistrate and judge and recommended the undersigned review the Order. See Doc. No. 69. The Court has carefully reviewed the Order and Recommendation, the relevant case law, and the entire record, and finds the Order and Recommendation to be persuasive. While 28 U.S.C. § 636(c)(4) permits a party to withdraw its consent to a magistrate judge upon demonstrating extraordinary circumstances, the Plaintiff has failed to make such a showing here. Accordingly, the Court **ADOPTS** the Order and Recommendation (Doc. No. 69) in its entirety and **DENIES** the Plaintiff's motion to withdraw consent (Doc. No. 68).

**IT IS SO ORDERED.**

Dated this 25th day of February, 2021.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court

1