Local AO 450 (rev. 5/10)

# United States District Court
### District of North Dakota

Jason Robert Pederson,
also known as Katheryn Pederson,

Plaintiff,

vs.

John Deere Electric Solutions,

Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   3:20-cv-51

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated August 2, 2022, (Doc. 153), it is ORDERED that Pederson's motion for summary judgment, (Doc. 135), is DENIED, JDES' motion for summary judgment, (Doc. 142), is GRANTED, and Pederson's complaint, (Doc. 1), is DISMISSED.

Date: August 3, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Pamela Bloomquist-Burman, Deputy Clerk*