Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

| | |
|---|---|
| Jason Robert Pederson, also known as Katheryn Pederson,<br><br>    Plaintiff,<br><br>vs.<br><br>John Deere Electronic Solutions,<br>    Defendant. | AMENDED<br>JUDGMENT IN A CIVIL CASE<br><br><br>Case No.    3:20-cv-00051-ARS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order (Doc. 167) filed on September 9, 2022, it is ORDERED that JDES' motion for costs is GRANTED. JDES is awarded costs in the amount of $1,605.20.

Date: September 12, 2022

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Shantel Jagol, Deputy Clerk*