IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Jason Robert Pederson, also known as Katheryn Pederson,<br><br>  Plaintiff,<br><br>vs.<br><br>John Deere Electronic Solutions,<br><br>  Defendant. | **ORDER ADOPTING ORDER AND RECOMMENDATION**<br><br>Case No. 3:20-cv-51 |

Before the Court is an order and recommendation by United States Magistrate Judge Alice R. Senechal. Doc. No. 174. Judge Senechal denied the Plaintiff's motion to replace her as judge and recommended the undersigned review the order. Id.

The Court has reviewed the order and recommendation de novo, the relevant case law, and the entire record, and finds the order and recommendation to be persuasive and legally correct. Under 28 U.S.C. § 455(a), a judge is to recuse in any case in which the judge's impartiality might be reasonably questioned. But here, the Plaintiff's motion is primarily based on disagreements with the Court's decisions. And adverse rulings do not constitute a basis for recusal. See Likety v. United States, 510 U.S. 540, 549 (1994). Accordingly, the Court **ADOPTS** the order and recommendation (Doc. No. 174) in its entirety and agrees with the decision to **DENY** the Plaintiff's motion to replace judge (Doc. No. 172).

**IT IS SO ORDERED.**

Dated this 27th day of December, 2022.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court